IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MATTHEW JAMES GRIFFIN,
    Plaintiff,

v.

NADINE J. BRYANT,
    Defendant.

**Judgment in a Civil Case**

Case Number: 5:17-CT-3173-M

**Decision by Court.**

This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for consideration of the defendants' motions for summary judgment and motions to dismiss and plaintiff's motion amend, for entry of default and to strike.

**IT IS ORDERED AND ADJUDGED** that the motions to dismiss, construed as motions for summary judgment, [D.E. 78, 85] filed by defendants Bossie and Khan are GRANTED, and plaintiff's claims are DISMISSED WITHOUT PREJUDICE; plaintiff's motions for leave to amend [D.E. 82] and for entry of default [D.E. 111] are DENIED; defendant Khan's motion to dismiss [D.E. 61] and plaintiff's motion to strike [D.E. 92], motions regarding personal service [D.E. 99, 105, 109], and motion for subpoena [D.E. 112] are DENIED AS MOOT; and the clerk is DIRECTED to close the case.

This Judgment Filed and Entered on March 29, 2021, with service on:
Matthew James Griffin #39704
Penitentiary of New Mexico
P.O. Box 1059
Sante Fe, NM 87504-1059 (via U.S. Mail)

Bryan G. Nichols (via CM/ECF Notice of Electronic Filing)
David Michael Fothergill (via CM/ECF Notice of Electronic Filing)
Kristina M. Wilson (via CM/ECF Notice of Electronic Filing)

March 29, 2021

Peter A. Moore, Jr.
Clerk of Court



By: /s/ Susan K. Edwards
Deputy Clerk